JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA YOUNG KWON,<br><br>                              Plaintiff,<br><br>                 v.<br><br>KODAK LAW, LLC F/K/A LAWGIX LAWYERS, LLP,<br><br>                              Defendants. | Case No. 2: 22-cv-02886-SPG (MRW)<br><br>ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) |

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: December 27, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-